BEFORE THE THIRD DIVISION, OCTOBER 27, 1938

**No. 39713.**—Protests 952108–G (A), etc., of Shun Ying Chong et al. (New York).

Opinion by EVANS, J. From the evidence produced the vegetables in question were held dutiable at 35 percent under paragraph 775 as claimed.

**No. 39714.**—Protest 949832–G of G. Bantecas (New York).

Opinion by EVANS, J. On the record presented the protest was sustained.

**No. 39715.**—Protest 948188–G of Moscahlades Bros., Inc. (New York).

Opinion by EVANS, J. From the evidence it was found that the origan in question is free of duty under paragraph 1722 as claimed.

**No. 39716.**—Protests 839523–G, etc., of J. W. Hampton, Jr., & Co. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of mandarin oranges the same as those passed upon in Abstract 32355. The claim at 1 cent per pound under paragraph 743 was therefore sustained.

BEFORE THE SECOND DIVISION, OCTOBER 28, 1938

**No. 39717.**—Protests 634758–G, etc., of Calvaire, Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of wool lace wearing apparel similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim at 50 cents per pound and 50 percent ad valorem under paragraph 1114 was therefore sustained.

**No. 39718.**—Protests 669419–G, etc., of Raymond Kargere et al. (New York).

Opinion by TILSON, J. Knit outerwear in chief value of wool similar to that involved in Abstract 36548 was held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed.

**No. 39719.**—Protest 662071–G of L. Bamberger & Co. (New York).

Opinion by TILSON, J. Knit outerwear in chief value of wool similar to that involved in Abstract 36548 was held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed.